PRO SE INTAKE UNIT
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007

RECEIVED
SDNY PRO SE OFFICE
2015 AUG -7 P 12:58

SEAN SULLIVAN,
Plaintiff

Case # 15 cv 4023 (      )

against

The New York State Unified Court System, Office of Court Administration, Hon. Jonathan Lippman, Chief Judge of the Courts of New York State, Hon. Lawrence Marks, Chief Administrative Judge of the Courts of New York State

Letter re: Communications from this Court

I write to this Court to bring to its attention that I have yet to receive by mail any order or introductory package regarding the above-referenced proceeding. Yesterday, I visited the U.S. Courthouse and learned that this court has issued an order dismissing a party to this lawsuit, as well as ordering the clerk of the court to deliver certain materials to me regarding initiating this lawsuit pro se and the assistance of the U.S. Marshal's office. Because the Court set forth a deadline for my response to its order, I respectfully request that the Court grant me an extension of time to submit a motion for reconsideration of its July 9th Order. Further, the Chief Administrative Judge of the State of New York has been replaced and Hon. Lawrence Marks is now sued in that capacity.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,
Sean Sullivan
Sean Sullivan, Plaintiff Pro Se

Sean Sullivan
General Delivery
New York, NY 10007

NEW YORK
NY 100
05 AUG '15
PM 10 L




USMP3
SDNY

Pro Se Intake Unit
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED
SDNY PRO SE OFFICE
2015 AUG -7 P 12: 58

10007$1330